In the Matter of HANNAH BLUMENTHAL, Deceased. (Discovery Proceedings.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JAMES S. MCDONOGH, Respondent, v. WILLIAM A. PAINE and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days from service of order with notice of entry. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

RALPH W. BOTHAM, Respondent, v. EDWARD L. HEARN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MANUEL H. RIVERA, Respondent, v. 92 BLEECKER STREET, INC., Appellant.— Order modified by granting preference only over other causes noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

GEORGE G. MOORE, Respondent, v. INVESTMENT REGISTRY OF AMERICA, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAM HARRIS, Appellant, v. MITCHELL M. FRIEDMAN and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILFRED P. ELLISON v. MAYER LOEB and TYSON COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES J. HIRSCH v. HERMAN KATZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PACIFIC BANK v. NELLIE M. KEEGAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MILES ROSENBLUTH v. AMERICAN SURETY COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

COMMISSIONER OF PUBLIC CHARITIES, on Complaint of THERESA COGLIOSTIO, v. LE ROY BOYLES.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ARON SALZINGER v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ELLEN S. AUCHMUTY v. SAMUEL SUSSMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MAX HAUSMAN v. AUGUST JACOBS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JONES & BRINDISI, INC., v. ABRAM BERNSTEIN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.